IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CRISTA B.,[1]

    Plaintiff,

v.

ANDREW SAUL,
*Commissioner of Social Security*,

    Defendant.

Civil Action No. 1:18-CV-042-C-BP

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Commissioner's decision should be affirmed and that the case be dismissed. Plaintiff timely filed objections to the Magistrate Judge's Recommendations on July 3, 2019.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings,

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is hereby **AFFIRMED** and the above-styled and -numbered civil action is **DISMISSED**.

SO ORDERED this 9th day of July, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE